IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B.F. RICH CO., INC., | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-51 (JJF) |
| CLARENDON NATIONAL INSURANCE COMPANY, | : |
| Defendant. | : |

**STIPULATION FOR**
**EXTENSION OF TIME WITHIN WHICH TO ANSWER**

COME NOW, plaintiff, B.F. Rich Co., Inc., and Defendant, Clarendon National Insurance Company, each by and through counsel, who agree and stipulate that Defendant Clarendon National Insurance Company has until March 30, 2007, within which to answer or otherwise plead to plaintiff's Complaint.

SAUL EWING LLP

By: /s/ Kimberly L. Gattuso
    KIMBERLY L. GATTUSO (I.D. #3733)
    222 Delaware Avenue, Suite 1200
    Wilmington, DE 19801
    (302) 421-6800
    Attorneys for B F. Rich Company, Inc.

SO ORDERED this _____ day of March, 2007.

PRICKETT, JONES & ELLIOTT, P.A.

BY: /s/ Paul M. Lukoff
    PAUL M. LUKOFF (I.D. No. 96)
    1310 King Street
    P. O. Box 1328
    Wilmington, DE 19899
    (302) 888-6520
    Attorneys for Clarendon National Insurance Co.

_____
            Judge

19954.2\328484v1