IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| B.F. RICH CO., INC., | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 07-51 (JJF) |
| CLARENDON NATIONAL INSURANCE COMPANY, | : | |
| Defendant. | : | |

## DEFENDANT'S INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1), the defendant provides the following information:

(A) Identity of individuals likely to have discoverable information in support of defenses:

1. Carrie Kopilchak
   North American Risk Services, Inc.
   P. O. Box 945320
   Maitland, FL 32794
   (407 875-1700

2. Addi Immonen
   North American Risk Services, Inc.
   P. O. Box 945320
   Maitland, FL 32794
   (407 875-1700

3. Kim Expresion-Martens
   Clarendon National Insurance Co.
   2600 Westhall Lane
   Maitland, FL 32751
   (407) 875-1700

4. Barry Stinson
   Clarendon National Insurance Co.
   2600 Westhall Lane
   Maitland, FL 32751
   (407) 875-1700

5. Michael Weiss, Esquire
   Weiss & Saville, P.A.
   1220 N. Market Street, Suite 604
   P.O. Box 370
   Wilmington, DE 19899
   (302) 656-0400

6. Christine O'Conner, Esquire
   Tybout Redfearn & Pell
   750 S. Madison Street, Suite 400
   Wilmington, DE 19899-2092
   (302) 658-6901

19954.2\332783v1

(B) A copy of, or a description by category and location of, all documents in the possession of the defendant that may be used to support its defenses:

    1. The workers' compensation claim file pertaining to the *Frank Winsley v. B.F. Rich Co.* claim;

> North American Risk Services, Inc.
> P. O. Box 945320
> Maitland, FL 32794

    2. The B.F. Rich portion of the Chariot Management account collateral file.

> Clarendon National Insurance Co.
> 2600 Westhall Lane
> Maitland, FL 32751

    3. The workers' compensation litigation file pertaining to *Winsley v. B.F. Rich Co.*

> Weiss & Saville, P.A.
> 1220 N. Market Street, Suite 604
> Wilmington, DE 19801

    4. The workers' compensation litigation file pertaining to *Winsley v. B.F. Rich Co.*

> Marshall Dennehy Warner Coleman & Goggin
> 1220 N. Market Street, Fifth Floor
> Wilmington, DE 19801

(C) Computation of Damages Claimed: none.

(D) Applicable Insurance Agreement: none.

    PRICKETT, JONES & ELLIOTT, P.A.

    BY: *Paul M. Lukoff*
    PAUL M. LUKOFF (I.D. No. 96)
    1310 King Street
    P. O. Box 1328
    Wilmington, DE 19899
    (302) 888-6520
    Attorneys for Clarendon National Insurance Co.

Dated: May 1, 2007

19954.2\332783v1

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2007, I electronically filed **DEFENDANT'S INITIAL DISCLOSURES** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Kimberly L. Gattuso, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

*/s/ Paul M. Lukoff*
PAUL M. LUKOFF (Bar I.D. #96)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899-1328
TEL: 302-888-6520
E-MAIL:  PMLukoff@prickett.com