IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| B.F. RICH CO., INC., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 07-51 |
| | : | |
| v. | : | |
| | : | |
| CLARENDON NATIONAL INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF SERVICE

I, Kimberly L. Gattuso, Esquire, hereby certify that on this 17th day of May, 2007, copies of PLAINTIFF'S INITIAL DISCLOSURES were served on the following parties in the manner indicated:

<u>VIA E-FILING</u>
Paul Lukoff
Prickett Jones & Elliot, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

                      SAUL EWING LLP

                      /s/ Kimberly L. Gattuso
                      Kimberly L. Gattuso (DE I.D. No. 3733)
                      222 Delaware Avenue, Suite 1200
                      P.O. Box 1266
                      Wilmington, Delaware 19801-1611
                      (302) 421-6800 phone
                      (302) 421-5871 fax
                      kgattuso@saul.com

                      Attorneys for B.F. Rich Co., Inc.

DATE:     May 17, 2007

547557.1 5/17/07

**CERTIFICATE OF SERVICE**

I, Kimberly L. Gattuso, Esquire hereby certify that on this 17th day of May, 2007, true and correct copies of the NOTICE OF SERVICE were served on the following counsel of record in the manor indicated:

<u>VIA E-FILING</u>
Paul Lukoff
Prickett Jones & Elliot, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

        SAUL EWING LLP

        */s/ Kimberly L. Gattuso*
        Kimberly L. Gattuso (DE I.D. No. 3733)
        222 Delaware Avenue, Suite 1200
        P.O. Box 1266
        Wilmington, Delaware  19801-1611
        (302) 421-6800 phone
        (302) 421-5871 fax
        kgattuso@saul.com

        Attorneys for B.F. Rich Co., Inc.

DATE:      May 17, 2007

547557.1 5/17/07