IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B.F. RICH CO., INC., | : |
| Plaintiff, | : CIVIL ACTION NO. 07-51 |
| v. | : |
| CLARENDON NATIONAL INSURANCE COMPANY, | : |
| Defendant. | : |

## PLAINTIFF'S INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff B.F. Rich Co., Inc. ("BF Rich"), makes the following initial disclosures:

1. Identity of individuals likely to have discoverable information in support of claims:

    (a) Richard K. Rebmann
        BF Rich Co., Inc.
        322 Ruthar Drive
        P.O. Box 6031
        Newark, DE 19714

    (b) Melanie Teoli
        BF Rich Co., Inc.
        322 Ruthar Drive
        P.O. Box 6031
        Newark, DE 19714

    (c) Dr. Craig D. Sternberg
        B-87 Omega Drive
        Newark, DE 19713

    (d) Dr. Samuel Matz
        11 South Paca Street
        Suite 500
        Baltimore, MD

  (e)  Carrie Kopilchak
     North American Risk Services, Inc.
     P.O. Box 945320
     Maitland, FL 32794

  (f)  Addi Immonen
     North American Risk Services, Inc.
     P.O. Box 945320
     Maitland, FL 32794

  (g)  Kim Expresion-Martens
     Clarendon National Insurance Co.
     2600 Westhall Lane
     Maitland, FL 32751

  (h)  Barry Stinson
     Clarendon National Insurance Co.
     2600 Westhall Lane
     Maitland, FL 32751

  (i)  Christine P. O'Connor, Esquire
     Tybout, Redfearn & Pell
     750 S. Madison Street, Suite 400
     Wilmington, DE 19899-2092

  (j)  Joe Hempstead
     RSK Co.
     2600 Lucien Way
     Maitland, FL 32751

2.  A copy of, or a description by category and location of, all documents in the possession of Plaintiff that may be used to support its claims:

  (a)  BF Rich file pertaining to Mr. Winsley
     BF Rich Co., Inc.
     322 Ruthar Drive
     P.O. Box 6031
     Newark, DE 19714

  (b)  Partial Clarendon file pertaining to Mr. Winsley
     BF Rich Co., Inc.
     322 Ruthar Drive
     P.O. Box 6031
     Newark, DE 19714

3. Computation of damages claimed: BF Rich is seeking damages in excess of $80,000.00.

4. Insurance Agreements: None.

SAUL EWING LLP

*[signature: Kimberly L. Gattuso]*

Kimberly L. Gattuso (DE I.D. No. 3733)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19801-1611
(302) 421-6800 phone
(302) 421-5871 fax
kgattuso@saul.com

Attorneys for B.F. Rich Co., Inc.

DATE: May 17, 2007

**CERTIFICATE OF SERVICE**

    I, Kimberly L. Gattuso, Esquire hereby certify that on this 17th day of May, 2007, true and correct copies of PLAINTIFF'S INITIAL DISCLOSURES were served on the following counsel of record in the manor indicated:

**VIA E-FILING**
Paul Lukoff
Prickett Jones & Elliot, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

    SAUL EWING LLP

    */s/ Kimberly L. Gattuso*
    Kimberly L. Gattuso (DE I.D. No. 3733)
    222 Delaware Avenue, Suite 1200
    P.O. Box 1266
    Wilmington, Delaware 19801-1611
    (302) 421-6800 phone
    (302) 421-5871 fax
    kgattuso@saul.com

    Attorneys for B.F. Rich Co., Inc.

DATE:    May 17, 2007