IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B.F. RICH CO., INC., | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-51 (JJF) |
| CLARENDON NATIONAL INSURANCE COMPANY, | : |
| Defendant. | : |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that **Defendant's First Request for Production of Documents to Plaintiff and Defendant's First Set of Interrogatories to Plaintiff**, were served on June 27, 2007, via U.S. First-Class Mail, on the following:

Kimberly L. Gattuso, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

and on June 27, 2007, a copy of this **NOTICE OF SERVICE**, was served via CM/ECF and First- Class Mail upon the above-named counsel.

PRICKETT, JONES & ELLIOTT, P.A.

By: _/s/ Paul M. Lukoff_
PAUL M. LUKOFF (Bar I.D. #96)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6520
E-MAIL: PMLukoff@prickett.com

19955.3\338074v1