IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B.F. RICH CO., INC., | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : Civil Action No. 07-51 |
| CLARENDON NATIONAL | : |
| INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

## NOTICE OF SERVICE

I, Kimberly L. Gattuso, Esquire hereby certify that on this 2nd day of August, 2007, true and correct copies of (1) B.F. RICH CO., INC.'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT CLARENDON NATIONAL INSURANCE COMPANY; (2) B.F. RICH CO., INC.'S FIRST REQUESTS FOR THE PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT CLARENDON NATIONAL INSURANCE COMPANY; and (3) B.F. RICH CO., INC.'S FIRST REQUESTS FOR ADMISSION DIRECTED TO DEFENDANT CLARENDON NATIONAL INSURANCE COMPANY were served on the following counsel of record in the manor indicated:

**VIA HAND DELIVERY**

Paul Lukoff
Prickett Jones & Elliot, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

SAUL EWING LLP

*/s/ Kimberly L. Gattuso*
Kimberly L. Gattuso (DE I.D. No. 3733)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19801-1611
(302) 421-6800 phone
(302) 421-5871 fax
kgattuso@saul.com

Attorneys for B.F. Rich Co., Inc.

549516.2 8/3/07

## CERTIFICATE OF SERVICE

I, Kimberly L. Gattuso, hereby certify that on August 3, 2007, I electronically filed the NOTICE OF SERVICE with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following counsel in the manner indicated:

**VIA HAND DELIVERY**

Paul Lukoff
Prickett Jones & Elliot, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

          **SAUL EWING LLP**

          */s/ Kimberly L. Gattuso*
          Kimberly L. Gattuso (DE I.D. No. 3733)
          222 Delaware Avenue, Suite 1200
          P.O. Box 1266
          Wilmington, Delaware 19801-1611
          (302) 421-6800 phone
          (302) 421-5871 fax
          kgattuso@saul.com

          Attorneys for B.F. Rich Co., Inc.

549516.2 8/3/07