IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B.F. RICH CO., INC., : | |
| Plaintiff, : | |
| v. : | Civil Action No. 07-51 |
| CLARENDON NATIONAL : | |
| INSURANCE COMPANY, : | |
| Defendant. : | |

## NOTICE OF SERVICE

I, Kimberly L. Gattuso, Esquire, hereby certify that on this 6th day of July, 2007, copies of RESPONSES OF PLAINTIFF B.F. RICH CO., INC. TO DEFENDANT CLARENDON NATIONAL INSURANCE COMPANY'S FIRST SET OF INTERROGATORIES and RESPONSES OF PLAINTIFF B.F. RICH CO, INC. TO DEFENDANT CLARENDON NATIONAL INSURANCE COMPANY'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS were served on the following parties in the manner indicated:

**VIA E-FILING**
Paul Lukoff
Prickett Jones & Elliot, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

SAUL EWING LLP

*/s/ Kimberly L. Gattuso*
Kimberly L. Gattuso (DE I.D. No. 3733)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19801-1611
(302) 421-6800 phone
(302) 421-5871 fax
kgattuso@saul.com

Attorneys for B.F. Rich Co., Inc.

DATE:   August 6, 2007

## CERTIFICATE OF SERVICE

I, Kimberly L. Gattuso, hereby certify that on August 6, 2007, I electronically filed the NOTICE OF SERVICE with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following counsel in the manner indicated:

**VIA ELECTRONIC MAIL**
Paul Lukoff
Prickett Jones & Elliot, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

SAUL EWING LLP

*/s/ Kimberly L. Gattuso*
Kimberly L. Gattuso (DE I.D. No. 3733)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19801-1611
(302) 421-6800 phone
(302) 421-5871 fax
kgattuso@saul.com

Attorneys for B.F. Rich Co., Inc.

DATE:    August 6, 2007

550124.2 8/6/07