IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B.F. RICH CO., INC., | : |
|        Plaintiff, | : |
|        v. | : Civil Action No. 07-51 |
| CLARENDON NATIONAL INSURANCE COMPANY, | : |
|        Defendant. | : |

## NOTICE OF DEPOSITION

TO:    Kimberly L. Gattuso, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of RICHARD REDMAN, on **Wednesday, October 17, 2007, beginning at 1:00 p.m.**, at the offices of Prickett, Jones & Elliott, P.A., 1310 King Street, Wilmington, Delaware.

PRICKETT, JONES & ELLIOTT, P.A.

BY: _____
PAUL M. LUKOFF (I.D. No. 96)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
Telephone (302) 888-6520
Facsimile: (302) 888-6331
Attorneys for Shell Oil Co.

DATE: October 8, 2007
cc:    Wilcox & Fetzer,
       Court Reporters

19954.2\348171v1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2007, I electronically filed a **NOTICE OF DEPOSITION OF RICHARD REDMAN** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Kimberly L. Gattuso, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

*[signature]*

PAUL M. LUKOFF (Bar I.D. #96)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899-1328
TEL: 302-888-6500
E-MAIL:  PMLukoff@prickett.com