**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **B.F. RICH CO., INC.,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION NO.  07-51** |
| | : | |
| **v.** | : | |
| | : | |
| **CLARENDON NATIONAL** | : | |
| **INSURANCE COMPANY,** | : | |
| | : | |
| **Defendant.** | : | |

**STIPULATED AMENDED SCHEDULING ORDER**

WHEREAS, the Court entered a scheduling order on May 31, 2007 ("Scheduling Order")
and

WHEREAS, plaintiff B.F. Rich Co., Inc. and defendant Clarendon National Insurance
Company (collectively, the "Parties") although actively engaged in moving this action forward
have found that the deadlines set forth in the Scheduling Order are unworkable due to
defendant's counsel's trial obligations at the end of the discovery period; and

WHEREFORE, the Parties now wish to seek the Court's permission to extend all
deadlines in this action in order to more effectively and efficiently prepare their cases.

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED by and among the
Parties to this action, through their respective counsel, that the current schedule in this Action, as
set forth in the Scheduling Order, is extended by an approximate thirty (30) days, more
particularly as follows:

**Discovery.**

(a)    Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be commenced so as to be completed by <u>November 30, 2007.</u>

(b)    Maximum of <u>25</u> interrogatories by each party to any other party.

(c)    Maximum of <u>15 </u>requests for admission by each party to any other party.

(d)    Maximum of <u>10</u> depositions by plaintiff and <u>10</u> by defendant.  Depositions shall not commence until the discovery required by Paragraph 4 (a, b and c) are completed.

(e)    Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff by <u>December 31, 2007</u>; from the defendant by <u>January 31, 2008</u>.

(f)    Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties.

**Discovery Disputes.**

(g)    A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1.  Said motion shall not exceed a total of four (4) pages.  An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion.  No reply is permitted.

(h)    All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

(i)    Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the parties have completed briefing.

(j)     Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

(k)     There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

**Case Dispositive Motions.**  Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before  March 15, 2008. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

**Applications by Motion.**

(l)     Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995).  Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.  Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing.  The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(m)     No facsimile transmissions will be accepted.

(n)     No telephone calls shall be made to Chambers.

(o)     Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov.  The e-mail shall provide a short statement describing the emergency.

**Pre-trial Conference.**     May 8, 2008, at 10:30 a.m. in Courtroom 4B

**Trial.**

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference.  If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

All other aspects of the Scheduling Order shall remain unchanged.


**SAUL EWING, LLP**                                      **PRICKETT, JONES & ELLIOTT, P.A.**


   /s/  Kimberly L. Gattuso                                 /s/  Paul M. Lukoff
Kimberly L. Gattuso (No. 3733)              Paul M. Lukoff (No. 96)
222 Delaware Avenue, Suite 1200           1310 King Street
P.O. Box 1266                                          P.O. Box 1328
Wilmington, DE  19801                            Wilmington, DE  19899
(302) 421-6868                                        (302) 888-6520
(302) 421-5871 (fax)                               (302) 658-8111 (fax)
kgattuso@saul.com                                 pmlukoff@prickett.com

Attorneys for B.F. Rich Co., Inc.              Attorneys for Clarendon National Ins. Co.


DATED:          October 12, 2007


        **IT IS SO ORDERED** this ____ day of _____, 2007



                                                  _____
                                                  United States District Judge