<table>
<tr><td>Writer's Direct Dial:<br>(302)888-6520<br>Writer's Telecopy Number::<br>(302)888-6331<br>Writer's E-Mail Address:<br>PMLukoff@prickett.com</td><td>**PRICKETT, JONES & ELLIOTT**<br>A PROFESSIONAL ASSOCIATION<br>**1310 KING STREET, BOX 1328**<br>**WILMINGTON, DELAWARE 19899**<br>TEL: (302) 888-6500<br>FAX: (302) 658-8111<br>http://www.prickett.com</td><td>Dover Office:<br>11 NORTH STATE STREET<br>DOVER, DELAWARE 19901<br>TEL: (302) 674-3841<br>FAX: (302) 674-5864</td></tr>
</table>

November 19, 2007

**VIA CM/ECF**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
Lock Box 27
844 N. King Street
Wilmington, DE 19801

    RE:   **B.F. Rich Company v. Clarendon National Insurance Company**
             **C. A. No. 07-51 (JFF)**

Dear Judge Farnan:

    This is to advise the Court that the above-noted lawsuit has been amicably settled. I anticipate that the parties will be filing a Stipulation of Dismissal within the next few weeks.

                                                                     Respectfully,

                                                                   PAUL M. LUKOFF

PML/mhl
cc:    Clerk, U.S. District Court
        Kimberly L. Gattuso, Esquire

19954.2\352073v1