IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B.F. RICH CO., INC., | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : Civil Action No. 07-51 |
| CLARENDON NATIONAL | : |
| INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the parties, as represented by their undersigned counsel, that the within action is dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with prejudice and on the merits, and without costs to either side.

SAUL EWING LLP

By: _____
KIMBERLY L. GATTUSO (I.D. #3733)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
(302) 421-6800
Attorneys for B. F. Rich Company, Inc.

SO ORDERED this _____

day of, _____ 2007.

PRICKETT, JONES & ELLIOTT, P.A.

BY: _____
PAUL M. LUKOFF (I.D. No. 96)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6520
Attorneys for Clarendon National Insurance Co.

_____
Judge

19954.2\352112v1